UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GUILLERMO SAMANO-PADILLA and
DANIEL SOLIS-PULIDO,

        Defendants.

_____/

Case No. 1:08-CR-255

Hon. Paul L. Maloney
Chief United States District Judge

## FINAL ORDER OF FORFEITURE AS TO $1,000 IN LIEU OF REAL PROPERTY 73052 24TH AVENUE, SOUTH HAVEN, MI

WHEREAS on April 13, 2009, this Court entered a Preliminary Order of Forfeiture regarding, *inter alia*, Defendants' interest in Real Property Commonly Known as 73052 24th Avenue, South Haven, together with all improvements, fixtures and appurtenances thereto, as listed in the Forfeiture Allegation of the First Superseding Indictment, and more particularly described as:

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 73052 24th Avenue, South Haven, Michigan, South Haven Charter Township, County of Van Buren, more particularly described as:
>
> > The East 15 acres of the Southwest Quarter of Section 35, Town 1 South, Range 17 West.
>
> P.P. #80-17-085-014-00.
>
> Titled owners of property: Graciano Gamino and Jenny Gamino;

WHEREAS, this Court has found that Defendants Guillermo Samano-Padilla and Daniel Solis-Pulido had an interest in the Subject Real Property and that there was a nexus between the crimes of which Defendants have been convicted and the Subject Real Property; and

WHEREAS, a settlement agreement was filed on May 5, 2010, whereby the parties agreed that Plaintiff United States of America would forfeit One Thousand Dollars ($1,000) in certified funds in lieu of the Subject Real Property.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the $1,000 certified funds is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853, in lieu of the Subject Real Property.

IT IS FURTHER ORDERED that all right, title and interest to the currency is hereby condemned, forfeited and vested in the United States of America, and shall be disposed by the United States Marshals Service according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**

Dated: May 27, 2010

 /s/ Paul L. Maloney
HON. PAUL L. MALONEY
Chief United States District Judge

.