UNITED STATES OF AMERICA,

       Plaintiff,                         Case No. 1:08-CR-255

vs.                                    Hon. Paul L. Maloney
                                         Chief United States District Judge

GUILLERMO SAMANO-PADILLA and
DANIEL SOLIS-PULIDO,

       Defendants.
_____/

## FINAL ORDER OF FORFEITURE AS TO
## REAL PROPERTY 78506 CR 376, COVERT, MICHIGAN

WHEREAS, on April 13, 2009, this Court entered a Preliminary Order of Forfeiture regarding, *inter alia*, Defendants' interest in Real Property Commonly Known as 78506 CR 376, Covert, Michigan, Township of Covert, County of Van Buren, together with all improvements, fixtures and appurtenances thereto, as listed in the Forfeiture Allegation of the First Superseding Indictment, and more particularly described as:

> Parcel 1: A strip of land 66 feet East and West by 660 feet North and South out of the Southeast corner of the following described property: The East 20 acres of the West Half of the Southeast Quarter of Section 29, Town 2 South, Range 17 West.

> Parcel 2: A strip of land 86 feet East and West by 1013 feet North and South out of the Southeast corner of the East 20 acres of the West Half of the Southeast Quarter of Section 29, Town 2 South, Range 17 West, EXCEPT the South 660 feet of the East 66 feet of the East Half of the East Half of the West Half of the Southeast Quarter of said Section 29.

> P.P. #80-07-029-043-01. (the "Subject Real Property");

WHEREAS, this Court has found that the Defendants had an interest in the Subject Real Property and that there was a nexus between the crime of which Defendants have been convicted

and the Subject Real Property; and

WHEREAS, a settlement agreement (the "Settlement Agreement") was filed on May 5, 2010, whereby Plaintiff agreed to submit $8,000 to Petitioner Leodegario Carranza from the proceeds of the sale of the Subject Real Property in full satisfaction of Petitioner's claim of interest in the same.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Real Property is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853.

IT IS FURTHER ORDERED that upon the sale of the Subject Real Property, the United States Marshals shall disburse the proceeds from the sale as follows:

    a.    expenses from the sale to the United States Marshals Service;

    b.    $8,000 to Leodegario Carranza pursuant to the Settlement Agreement; and

    c.    remainder to be forfeited pursuant to Title 21, United States Code, Section 853.

IT IS FURTHER ORDERED that all right, title and interest to the Subject Real Property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of by the United States Marshals Service according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**

Dated: May 27, 2010

    /s/ Paul L. Maloney
HON. PAUL L. MALONEY
Chief United States District Judge