UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GUILLERMO SAMANO-PADILLA and
DANIEL SOLIS-PULIDO,

        Defendants,

NORMA OCHOA,

        Claimant.

_____/

Case No. 1:08-CR-255

Hon. Paul L. Maloney
Chief United States District Judge

### FINAL ORDER OF FORFEITURE AS TO $1,500 IN LIEU OF REAL PROPERTY 24567 72nd STREET, SOUTH HAVEN, MI

WHEREAS on April 13, 2009, this Court entered a Preliminary Order of Forfeiture regarding, *inter alia*, Defendants' interest in Real Property Commonly Known as 24567 72nd Street, South Haven, together with all improvements, fixtures and appurtenances thereto, as listed in the Forfeiture Allegation of the First Superseding Indictment, and more particularly described as:

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at 24567 72nd Street, South Haven, Michigan, Township of Covert, County of Van Buren, more particularly described as:
>
> The South 603.24 feet of the North 1206.48 feet of the West 722.04 feet of the Northwest Fractional Quarter of Section 1, Town 2 South, Range 17 West, according to the Government Survey thereof, and according to a survey made by W.Q. Smith, County Surveyor October 12, 1956.
>
> P.P. #80-07-001-016-00 (the "Subject Real Property");

WHEREAS, this Court has found that Defendants Guillermo Samano-Padilla and Daniel Solis-Pulido had an interest in the Subject Real Property and that there was a nexus between the crimes of which Defendants have been convicted and the Subject Real Property; and

WHEREAS, a settlement agreement was filed on May 14, 2010, whereby Plaintiff United States and Claimant Norma Ochoa agreed that Plaintiff United States of America would forfeit One Thousand Five Hundred Dollars ($1,500) in certified funds in lieu of the Subject Real Property.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the $1,500 certified funds is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 853, in lieu of the Subject Real Property.

IT IS FURTHER ORDERED that all right, title and interest to the currency is hereby condemned, forfeited and vested in the United States of America, and shall be disposed by the United States Marshals Service according to applicable law and regulations.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

**SO ORDERED.**

Dated: June  17 , 2010

  /s/ Paul L. Maloney  
PAUL L. MALONEY  
Chief United States District Judge

.